# Exhibit 2

| | |
|---|---|
| **From:** | Anne Bell <ABell@EHamptonNY.Gov> |
| **Sent:** | Thursday, January 20, 2022 2:08 PM |
| **To:** | Martinez, Evelyn (FAA) |
| **Cc:** | Fish, David (FAA); Costa, Robert (FAA); All-Town-Board-Members; John Jilnicki; O'Connor, William V; Barr, Andrew D |
| **Subject:** | Activation of New Airport at Former East Hampton Airport |
| **Attachments:** | FAA Form 7480-1 Activation of New Airport Executed.pdf; Letter -- Activation of New Airport at Former East Hampton Airport Executed.pdf |
| **Importance:** | High |

**[External]**

Good afternoon Ms. Martinez,

Please find attached a letter from the Town of East Hampton in regards to activation of a new airport at the former East Hampton Airport, as well as Form 7480-1 in regards to the same. A hardcopy has been sent to your office. If you require anything further please do not hesitate to contact me. Thank you!

Anne Bell
Assistant to the Supervisor
Town of East Hampton
159 Pantigo Road
East Hampton, New York 11937
(631) 324-4140



Please whitelist our domain @EHamptonNY.Gov by adding us to your trusted senders, to help prevent emails from the Town of East Hampton from being added to your junk/spam folder for any future correspondence.



# TOWN OF EAST HAMPTON
### 159 Pantigo Road
### East Hampton, New York 11937

**PETER VAN SCOYOC**  (631) 324-4140
Supervisor  pvanscoyoc@ehamptonny.gov

January 20, 2022

U.S. Department of Transportation
Federal Aviation Administration
Eastern Region Airports Division, AEO-600
Attn: Evelyn Martinez, Manager of New York Airports District Office
1 Aviation Plaza
Jamaica, NY 11434

      Re:      **Activation of New Airport at Former East Hampton Airport**

Ms. Martinez:

On behalf of the Town of East Hampton ("Town"), I am writing to notify you that the Town will be opening a private use airport ("New Airport") that is governed by a prior permission required ("PPR") framework on the site of the former East Hampton Airport. As the Town and FAA have discussed numerous times over the past year, the Town must obtain maximum local control at the New Airport, which includes retaining the utmost flexibility to implement and adjust restrictions for certain types of aeronautical uses. A PPR framework provides this control and flexibility for the Town. The Town anticipates providing the residents opportunity to comment on the initial PPR framework prior to implementing it in April 2022.

Therefore, in reliance on the November 6, 2020, letter the FAA provided to the Town, the many subsequent discussions that took place over the past year, studies completed by the Town's consultants, and a robust public engagement process, the Town has determined that opening the New Airport is the only way that the Town will be able to address the needs of the community while still permitting certain aeronautical activities to occur in the Town. Therefore, in accordance with "Option 2" set forth in the November 2020 letter—and as we discussed several times over the past year—the Town hereby provides formal notice to the FAA that the New Airport will be activated as a private use facility subject to a PPR framework. I have attached a Form 7480-1 to this letter which identifies March 4, 2022, as the date that the New Airport will be operational. We appreciate the guidance you and your colleagues from the Office of Airports provided to the Town on January 6, 2022, regarding the mechanism and timing for opening of the New Airport vis-à-vis deactivation of the East Hampton Airport. The Town remains committed to impacting aviation as little as possible throughout this process.

The Town requests a call with you and your colleagues as soon as practicable to discuss logistics for the opening of the New Airport. Among other things, the Town would like to discuss the New Airport's: name and identifier; airspace designation; utilization of an air traffic control tower; instrument landing systems; automated weather broadcasting; and other logistical issues to ensure that the New Airport is available to aeronautical users upon opening on March 4, 2022.

We stand ready to work with you to complete this process in a timely and efficient manner.

Respectfully,

*[signature]*

Supervisor Peter Van Scoyoc

cc:
Town Board Members
Town Attorney
Cooley LLP
David Fish, Director Eastern Region, Airports Division, FAA
Robert Costa, Assistant Manager, New York Airports District Office



U.S. Department
Of Transportation
**Federal Aviation
Administration**

## FAA Form 7480-1, Notice for Construction, Alteration and Deactivation of Airports

**Paperwork Reduction Act Burden Statement**

A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a currently valid OMB Control Number. The OMB Control Number for this information collection is 2120-0036. Public reporting for this collection of information is estimated to be approximately 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information.

All responses to this collection of information are required if the proponent wishes to have the airport on file with the FAA, as required by Title 14 Code of Federal Regulations Part 157, and entered into the National Airspace System. No assurances of confidentiality are given. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Aviation Administration, 10101 Hillwood Parkway, Fort Worth, TX 76177-1524.

### When to File a Notice for Construction, Alteration and Deactivation of Airports

Title 14 Code of Federal Regulations Part 157 requires all persons to notify the FAA at least 90 days before construction, alteration, activation, deactivation, or change to the status or use of a civil or joint-use (civil/military) airport. (As used herein, the term "airport" means any Landing or Takeoff Area, e.g. Airport, Heliport, Vertiport, Gliderport, Seaplane Base, Ultralight Flightpark, or Balloonport.)

Notice is not required for:

1. An airport subject to conditions of a Federal agreement that requires an approved current airport layout plan to be on file with the Federal Aviation Administration.

2. Establishment of a temporary airport at which operations will be conducted under visual flight rule (VFR) **and** will be *used for less than 30 days* with **no more than** *10 operations per day*.

3. Intermittent use of a site that is *not an established airport*, which is *used for less than one year* **and** at which *flight operations will be conducted only under VFR*. (Intermittent use means the use of the site for no more than 3 days in any one week and for no more than 10 operations per day.)

**Required notice will be submitted on this form from each person who intends to do the any of the following:**

1. Construct or otherwise establish a new airport or activate an airport.

2. Construct, alter, realign, or activate any runway, or other aircraft landing or takeoff area of an airport.

3. Construct, alter, realign, or activate a taxiway associated with a landing or takeoff area on a public-use airport.

4. Deactivate, discontinue using, or abandon an airport or any landing or takeoff area of an airport for a period of one year or more.

5. Deactivate, abandon, or discontinue using a taxiway associated with a landing or takeoff area on a public-use airport.
6. Change the status of an airport from private use (use by the owner or use by the owner and other person authorized by the owner) to an airport open to the public of from public-use to another status.
7. Change status from IFR (Instrument Flight Rules) to VFR or from VFR to IFR.
8. Establish or change any traffic pattern or traffic pattern altitude or direction.

*Section 901 of the Federal Aviation Act of 1958, as amended, provides that any person who violates a rule, regulation, or order issued under Title III of this Act will be subject to a civil penalty not to exceed $1,000 for each violation.*

## General Instructions – Form Completion

*Please contact the local ADO or Regional office for filing instructions.*

**Section A – Complete this section.**
- Provide the name of the Airport Owner.
- Include contact information (phone number, email address, and mailing address) of the Airport Owner.
- Indicate if the Airport Owner owns the airport property,
- Indicate if the Airport Owner's address is the physical address of the airport. (If the Airport Owner's address is not the physical address of the airport, provide the physical address of the airport in box C.6. Description.)

**Section B – Complete this section if the Airport Manager is not the same person listed in section A.**
- If the Airport Owner provided in Section A is the Airport Manager, write "SAME" in box B.1. Airport Manager.
- If the Airport Owner provided in Section A is not the Airport Manager, provide the name of the Airport Manager.
- Include contact information (phone number, email address, and mailing address) of the Airport Manager.
- Indicate if the Airport Manager owns the airport property.
- Indicate if the Airport Manager address is the physical address of the airport. (If the Airport Manager's address is not the physical address of the airport, provide the physical address of the airport in box C.6. Description.)

**Section C – Provide the reason for notification by completing all applicable items in this section.**
*Report only one action per form*
- Section C.1: Select one type of facility.
- Section C.2: Select one. For public-use taxiway, include information in box C.6. Description and depict taxiway layout on airport drawing or sketch.
- Section C.3: Select one. If change is from VFR to IFR, include anticipated IFR procedure in box 6. Description.
- Section C.4: Indicate if the change is to Direction and/or Altitude.
   o If Direction, indicate the new direction.

- o  If Altitude, find the type(s) changed and indicate if the change is to standard or nonstandard for each type changed. If nonstandard, indicate the nonstandard altitude. If Other, describe the change in box C6.
- Section C.5: Provide appropriate information and include abandonment date in box 6. Description.

**Section D – Provide all applicable information.**
- Section D.1: Enter name of landing area.
- Section D.2: Enter the Location Identifier (Loc ID) for an existing Airport.
- Section D.3: Enter principle city or town which the airport serves and with it is normally associated.
- Section D.4: Enter straight-line distance and direction, to the nearest nautical mile, from the Associated City (C.3. above) to the Airport.
- Section D.6: Enter the direction, to the nearest eighth compass point (i.e. E, SE, etc.), from the Associated City to the Airport.
- Section D.7, 8, and 9: Enter the Latitude and Longitude of the Airport Reference Point and the Airport Elevation. The airport reference point can be calculated by using the NGS tool located at NOAA (http://www.ngs.noaa.gov/AERO/arpcomp/arpframe.html). The Airport elevation is the highest point of an airport's usable runways measured in feet above mean sea level.
- Section D.10: Select one Current Use option.
- Section D.11: Select one Ownership option.
- Section D.12: Select primary Airport Type. If Heliport, choose (if applicable) Ambulance, Law Enforcement, or Fire Protection. Choose these options *only* if Heliport is the primary airport type.

**Section E – Provide all applicable information.**
- Section E.1: Address each runway end independently, if applicable. Provide runway end coordinates and elevations; and runway threshold coordinates and elevations for runway

threshold displacements, if applicable (see an example Box 1 below).



- Section E.2: If helipad is elevated, provide the elevated height above ground level (AGL) and do not add the AGL height to Above Mean Sea Level (AMSL). For Heliports, include the TLOF (Touchdown and Liftoff Area) and FATO (Final Approach and Take Off) dimensions.

**Section F – Provide all applicable information.**

**Section G – All information is required and must be complete.**

- **For an Airport/Runway:** Provide a detailed drawing and/or imagery of the proposed landing area depicting latitude, longitude, length, and width.
    - The document(s) must show the runway orientation in relation to known roads, terrain etc. such that the FAA can locate the runway(s) accurately and efficiently.
    - Notate any obstructions (buildings, high-line wires, roads, railroads, towers, etc.) near the runway.
    - You must include runway end coordinates and the runway elevations on the runway centerline.
- **For a Heliport:** Provide a detailed drawing, imagery or map identifying the exact location of the heliport in red.
    - The document(s) must show the helipad(s) in relation to known roads, terrain etc. such that the FAA can locate the heliport accurately and efficiently.
    - Provide site plan depicting the landing pad in relation to buildings and other obstacles (light poles, fences, trees, bollards, parking lots) near the landing area.
    - Provide dimensions of the landing pad and the height of the buildings/obstacles and their distance from the helipad.
    - Provide a heliport layout plan (in accordance with FAA Advisory Circular 150/5390-2, Heliport Design) identifying the proposed marking, lights, beacon location, windsock(s), the approach/departure paths (if room allows, the heliport layout plan may be shown on the site plan).

**Notification to the FAA does not waive the requirements of any other government agency.**

## Regional Office Addresses

Submit your completed form by mail to the appropriate regional office.

### Alaskan Region
**AK**
U.S. Department of Transportation
Federal Aviation Administration
Alaskan Region Airports Division, AAL-600
222 W. 7th Ave, M/S #14
Anchorage, AK 99513
Tel: (907) 271-5438
Fax: (907) 271-2851

### Central Region
**IA, KS, MO, NE**
U.S. Department of Transportation
Federal Aviation Administration
Central Region Airports Division, ACE-600
901 Locust St., Room 364
Kansas City, MO 64106-2325
Tel: (816) 329-2600
Fax: (816) 329-2610/2611

### Eastern Region
**DC, DE, MD, NJ, NY, PA, VA, WV**
U.S. Department of Transportation
Federal Aviation Administration
Eastern Region Airports Division, AEA-600
1 Aviation Plaza
Jamaica, NY 11434
Tel: (718) 553-3330
Fax: (718) 995-5694

### Great Lakes Region
**IL, IN, MI, MN, ND, OH, SD, WI**
U.S. Department of Transportation
Federal Aviation Administration
Great Lakes Region Airports Division, AGL-600
2300 East Devon Avenue
Des Plaines, IL 60018
Tel: (847) 294-7272
Fax: (847) 294-7036

### New England Region
**CT, ME, MA, NH, RI, VT**
U.S. Department of Transportation
Federal Aviation Administration
New England Region Airports Division, ANE-600
1200 District Avenue
Burlington, MA 01803
Tel: (781) 238-7600
Fax: (781) 238-7608

### Northwest Mountain Region
**CO, ID, MT, OR, UT, WA, WY**
U.S. Department of Transportation
Federal Aviation Administration
Northwest Mountain Region Airports Division, ANM-600
2200 S 216th St
Des Moines, WA 98198
Tel: (206) 231-4100
Fax: (206) 231-EXT

### Southern Region
**AL, FL, GA, KY, MS, NC, TN, SC, PR, VI**
U.S. Department of Transportation
Federal Aviation Administration
Southern Region Airports Division, ASO-600
1701 Columbia Ave., Suite 540
Atlanta, GA 30337
Tel: (404) 305-6700
Fax: (404) 305-6730

### Southwest Region
**AR, LA, NM, OK, TX**
U.S. Department of Transportation
Federal Aviation Administration
Southwest Region Airports Division, ASW-600
10101 Hillwood Parkway
Fort Worth, TX 76177
Tel: (817) 222-5600
Fax: (817) 222-5987

### Western-Pacific Region
**CA, NV, AZ, HI**
U.S. Department of Transportation
Federal Aviation Administration
Western-Pacific Region Airports Division, AWP-600
P.O. Box 92007
Los Angeles, CA 90009
Tel: (310) 725-3600
Fax: (310) 725-6847



**U.S. Department of Transportation**
**Federal Aviation Administration**

OMB CONTROL NUMBER: 2120-0036
EXPIRATION DATE: 11/30/2022

## NOTICE FOR CONSTRUCTION, ALTERATION AND DEACTIVATION OF AIRPORTS

**A. Airport Owner** ☒ Check if this is also the Property Owner
1. Name and Address ☐ Check if this is the Airport's Physical Address
Town of East Hampton
159 Pantigo Road
East Hampton, NY 11937

2. Phone: 631-324-4140
3. Email: pvanscoyoc@ehamptonny.gov

**B. Airport Manager** (Complete if different than the Airport Owner)
1. Name and Address ☒ Check if this is the Airport's Physical Address
James Brundige
173 Daniels Hole Road
Wainscott, NY 11975

2. Phone: 631-537-1130 x5
3. Email: jbrundige@ehamptonny.gov

**C. Purpose of Notification** (Answer all questions that apply)

1. Construct or Establish an: ☒ Airport ☐ Ultralight Flightpark ☐ Balloonport ☐ Heliport ☐ Seaplane Base ☐ Other
2. Construct, Alter or Realign a: ☐ Runway ☐ Helipad(s) ☐ Other ☐ Taxiway (Public Use Airports only)
3. Change Status From/To: ☐ VFR to IFR ☐ IFR to VFR ☐ Private Use to Public Use ☐ Public Use to Other
4. Change Traffic Pattern: ☐ DIRECTION: ___ ☐ ALTITUDE (Choose type. List altitude if nonstandard.) Turbo: ☐ std. ☐ nonstd. ___ Prop: ☐ std. ☐ nonstd. ___ Helo: ☐ std. ☐ nonstd. ___ ☐ Other. Describe in box C6.
5. Deactivate: ☐ Airport ☐ RWY ___ ☐ TWY ___
6. Description:

**D. Name, Location, Use and Type of Landing Area**

1. Name of Landing Area: TBD
2. Loc ID (for existing):
3. Associated City and State: East Hampton, NY
4. Distance from City: 3 (nm)
5. County (Physical Location): Suffolk County
6. Direction from City: West
7. Latitude: 40° 57' 57.0000"
8. Longitude: 72° 15' 10.0000"
9. Elevation: 54.9 ft.
10. Current Use: ☐ Private ☐ Public ☒ Private Use of Public Lands
11. Ownership: ☐ Private ☒ Public ☐ Military (Branch) ___
12. Airport Type: ☒ Airport ☐ Ultralight Flightpark ☐ Balloonport ☐ Heliport (If applicable, select: ☐ Ambulance ☐ Law Enforcement ☐ Fire Protection) ☐ Seaplane Base ☐ Other

**E. Landing Area Data** (List any Proposed, New or Unregistered Runways, Helipads etc.)

1. Airport, Seaplane Base or Ultralight Flightpark (use second page if needed)

| RWY ID | 10 / 28 | 16 / 34 |
|---|---|---|
| Lat. & Long. | Show on attachment(s) | Show on attachment(s) |
| Surface Type | asphalt/grooved | asphalt |
| Length (feet) | 4255 | 2060 |
| Width (feet) | 100 | 75 |
| Lighting (if any) | REIL/PAPI | |
| Right Traffic (Y/N) | / | / |
| Elevation (AMSL) | Show on attachment(s) | Show on attachment(s) |
| VFR or IFR | / X | X / |

2. Heliport, Balloonport or other Landing Area (use second page if needed)

| Helipad ID | | |
|---|---|---|
| Lat. & Long. | Show on attachment(s) | Show on attachment(s) |
| Surface Type | | |
| TLOF Dimensions | | |
| FATO Dimensions | | |
| Lighting (if any) | | |
| Ingress/Egress (Degrees) | | |
| Elevation (AMSL) | Show on attachment(s) | Show on attachment(s) |
| Elevated Height (AGL) | | |

**F. Operational Data** (Indicate if the number provided is Actual or Estimated)

| | 1. Number of Based Aircraft | | 2. Average Number of Monthly Landings | |
|---|---|---|---|---|
| | Present or Estimated | Estimated in 5 Years | Present or Estimated | Estimated in 5 Years |
| Single Engine | 100 | | 1,000 | |
| Multi Engine | 5 | | 250 | |
| Jet | 5 | | 500 | |
| Helicopter | 5 | | 750 | |
| Glider | 0 | | 0 | |
| Military | 0 | | 0 | |
| Ultralight | 0 | | 0 | |

3. What is the Most Demanding Aircraft that operates or will operate at the Airport? (Provide approach speed, rotor diameter, etc. if known)
Gulfstream IV; Sikorsky S92 (56 ft rotor diameter)

4. Are IFR Procedures for the Airport Anticipated? ☒ Yes ☐ No. If Yes, within 0 years

**G. CERTIFICATION:** I hereby certify that all of the above statements made by me are true and complete to the best of my knowledge.

1. Name, title of person filing this notice (type or print): Peter Van Scoyoc
2. Signature (in ink): *[signed]*
3. Date: 1/20/22
4. Phone: 631-324-4140
5. Email: pvanscoyoc@ehamptonny.gov

FAA Form 7480-1 (7/20) SUPERSEDES PREVIOUS EDITION