# Exhibit 9



# TOWN OF EAST HAMPTON
### 159 Pantigo Road
### East Hampton, New York 11937

**PETER VAN SCOYOC**                                                        **(631) 324-4140**
**Supervisor**                                                                    **pvanscoyoc@ehamptonny.gov**

January 20, 2022

FOR IMMEDIATE RELEASE

**The East Hampton Town Board Votes to Close the East Hampton Airport and Open a New Airport Under a Prior Permission Required Framework**

In light of the expiration of certain FAA restrictions, on January 20, 2022, the East Hampton Town Board voted to deactivate the East Hampton Airport. The vote was unanimous. As a result of the Town Board's vote, the Town will direct the Airport Director to close all of the air navigation facilities associated with East Hampton Airport. The East Hampton Airport will be deactivated and be permanently closed on **February 28, 2022**.

The Town Board also voted to open a new, private use airport as of **March 4, 2022**, at the site of the deactivated East Hampton Airport. This date was chosen after discussions with the FAA and a review of historic operations at the East Hampton Airport. It is anticipated that there will be little disruption to aviation during this time period given that the dates during which no airport is available—March 1, 2, and 3—have historically seen very low levels of flight activity.

The private use airport will be subject to local control, including the Town's implementation of a prior permission required framework ("PPR"). Under a PPR framework, advanced permission is required before an aircraft may use the private airport. The PPR framework will initially mirror that of a public use airport, but substantive restrictions will be implemented prior to the 2022 Season in conjunction with a data collection period pursuant to SEQRA. This framework provides the Town with flexibility to control the use of the air navigation facilities to respond to the community's concerns while also allowing certain aeronautical uses to continue. The Town Board believes that obtaining maximum flexibility over future operations is necessary to ensure that the entiry community's quality of life—from Wainscott to Montauk—is thoroughly considered and protected.

"We are embarking on an important step in the Town's efforts to address aircraft noise, traffic, and other environmental and safety concerns in East Hampton. Operation of a private-use airport will enable us to review and analyze potential changes to airport operations and make adjustments to address long-held community concerns," said Town Supervisor Peter Van Scoyoc.

The Town Board will work with its aviation counsel, expert consultants, stakeholders, and the community to determine the PPR rules for the 2022 Season. The PPR rules will be implemented

as part of the investigative studies for a Draft Generic Environmental Impact Statement (GEIS) to be prepared by the Town. Community members will have an opportunity to comment on the proposed PPR rules and related environmental studies before they are put in place at upcoming public meetings. All written comments and proposals will be considered once the Town Board has issued its Draft Scoping Outline.

The PPR options currently being considered by the Town Board include:

- Noise-based permissions (e.g., limit or elimination of "noisy" aircraft);
- Aircraft-based permissions (e.g., limit or elimination of jets, helicopters, and/or seaplanes);
- Operator-based permissions (e.g., limit or elimination commercial operations);
- Time-based permissions (e.g., curfews); and
- Environmental-based permissions (e.g., restrictions on leaded fuel, incentives for electric aircraft).

Notably, these permissions can be combined to create a framework of rules that addresses the community's concerns. Given the flexibility inherent in a PPR system, the initial rules can be adjusted by the Town Board on an as-needed basis as will be outlined in the Draft Scoping Outline for the Draft GEIS.

As noted above, the Town Board anticipates issuing a SEQRA Positive Declaration in relation to long term operation of the New Airport and preparation of a Draft Scoping Outline to guide the development of a Draft GEIS. A public comment period on the Draft Scoping Outline will be noticed in February.