# Exhibit 15

**PUBLICLY OWNED AIRPORTS that are private-use**

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| AK | ANCHORAGE | CAMPBELL AIRSTRIP | PU | PR | CSR | |
| AK | ANCHORAGE | CAMPBELL BLM | PU | PR | AK82 | |
| AK | ANCHORAGE | FIRE ISLAND | PU | PR | 6AK5 | |
| AK | BEAR CREEK | BEAR CREEK 1 | PU | PR | AK02 | |
| AK | BOSWELL BAY | BOSWELL BAY | PU | PR | AK97 | |
| AK | BUCK CREEK | BUCK CREEK | PU | PR | AK98 | |
| AK | CAPE DECISION | CAPE DECISION LIGHTHOUSE | PU | PR | CDE | |
| AK | CAPE SARICHEF | CAPE SARICHEF | PU | PR | 26AK | |
| AK | CAPE SPENCER | CAPE SPENCER C G | PU | PR | CSP | |
| AK | COLD BAY | PORT MOLLER | PU | PR | 1AK3 | |
| AK | DILLINGHAM | SHANNONS POND | PU | PR | AA15 | |
| AK | ELDRED ROCK | ELDRED ROCK CG | PU | PR | ERO | |
| AK | FAREWELL | FAREWELL | PU | PR | 0AA4 | |
| AK | HINCHINBROOK | JOHNSTONE POINT | PU | PR | 2AK5 | |
| AK | ICY BAY | ICY BAY | PU | PR | 19AK | |
| AK | ICY CAPE | ICY CAPE AFS | PU | PR | 2AK8 | |
| AK | JUNEAU | BARLETT REGIONAL HOSPITAL | PU | PR | AA44 | |
| AK | POINT MACKENZIE | POINT MACKENZIE | PU | PR | AK37 | |
| AK | SNETTISHAM | SNETTISHAM | PU | PR | 7AK2 | |
| AK | TALKEETNA | TALKEETNA VILLAGE STRIP | PU | PR | AK44 | |
| AK | TAYLOR MOUNTAIN MINE | TAYLOR MOUNTAIN | PU | PR | AK64 | |
| AK | TIKCHIK | TIKCHIK LODGE | PU | PR | AK56 | |
| AK | TYONEK | NIKOLAI CREEK | PU | PR | 9AK3 | |
| AK | YAKATAGA | YAKATAGA | PU | PR | 0AA1 | |
| AL | ASHLAND | CLAY COUNTY HOSPITAL | PU | PR | 0AL2 | |
| AL | BREWTON | D W MCMILLIAN MEMORIAL HOSPITAL | PU | PR | 0AL6 | |
| AL | DECATUR | DECATUR GENERAL HOSPITAL | PU | PR | 1AL1 | |
| AL | DEMOPOLIS | BRYAN W WHITFIELD MEMORIAL HOSPITAL | PU | PR | AL14 | |
| AL | DOTHAN | SOUTHEAST ALABAMA MEDICAL CENTER | PU | PR | AL20 | |
| AL | HUNTSVILLE | HUNTSVILLE FIELD | PU | PR | 0AL0 | |
| AL | HUNTSVILLE | THE HUNTSVILLE HOSPITAL | PU | PR | AL36 | |
| AL | MOBILE | USA MEDICAL CENTER | PU | PR | AL52 | |
| AL | MONROEVILLE | MONROE COUNTY HOSPITAL | PU | PR | 1AL6 | |
| AL | SYLACAUGA | SLY PIG'S BASE | PU | PR | 46AL | |
| AL | TUSCALOOSA | BRYANT CULBERSON | PU | PR | AL26 | |
| AL | TUSCALOOSA | TUSCALOOSA POLICE DEPARTMENT | PU | PR | 3AL3 | |
| AR | AUGUSTA | AUGUSTA | PU | PR | AR76 | |
| AR | CLARKSVILLE | JOHNSON RGNL MEDICAL CENTER | PU | PR | AR02 | |
| AR | DANVILLE | JOHN ED CHAMBERS MEMORIAL HOSPITAL | PU | PR | 50AR | |
| AR | DE WITT | DE WITT HOSPITAL | PU | PR | AR59 | |
| AR | FAYETTEVILLE | VETERANS ADMINISTRATION | PU | PR | AR49 | |
| AR | FORDYCE | DALLAS COUNTY MEDICAL CENTER | PU | PR | 7AR5 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| AR | LAKE VILLAGE | CHICOT MEMORIAL HOSPITAL | PU | PR | AR61 | |
| AR | LITTLE ROCK | UAMS ALPHA PAD | PU | PR | 6AR3 | |
| AR | LITTLE ROCK | UAMS BRAVO PAD | PU | PR | AR29 | |
| AR | MC GEHEE | MC GEHEE DESHA COUNTY HOSPITAL | PU | PR | AR63 | |
| AR | MONTICELLO | DREW MEMORIAL HOSPITAL | PU | PR | AR85 | |
| AR | MORRILTON | ST ANTHONY'S MEDICAL CENTER | PU | PR | AR65 | |
| AR | MOUNTAIN HOME | BAXTER COUNTY RGNL HOSPITAL | PU | PR | 5AR9 | |
| AR | MOUNTAIN HOME | BAXTER COUNTY SHERIFFS | PU | PR | 42AR | |
| AR | OSCEOLA | SMC RGNL MEDICAL CENTER | PU | PR | AR67 | |
| AR | PIGGOTT | PIGGOTT COMMUNITY HOSPITAL | PU | PR | AR73 | |
| AR | SALEM | FULTON COUNTY HOSPITAL | PU | PR | AR68 | |
| AR | SEARCY | UNITY HEALTH WHITE COUNTY MEDICAL CENTER | PU | PR | 29AR | |
| AR | SILOAM SPRINGS | SILOAM SPRINGS MEMORIAL HOSPITAL | PU | PR | AR69 | |
| AR | WALNUT RIDGE | LAWRENCE MEMORIAL | PU | PR | AR20 | |
| AR | WARREN | BRADLEY COUNTY MEDICAL CENTER | PU | PR | AR70 | |
| AR | WYNNE | CROSS RIDGE COMMUNITY HOSPITAL | PU | PR | AR74 | |
| AZ | MARICOPA | FARMS | PU | PR | 41AZ | |
| AZ | MESA | MARICOPA COUNTY SHERIFFS OFFICE | PU | PR | 69AZ | |
| AZ | PARKER | LAPAZ RGNL HOSPITAL | PU | PR | AZ47 | |
| AZ | PEACH SPRINGS | 183 MILE | PU | PR | AZ12 | |
| AZ | PHOENIX | MARICOPA MEDICAL CENTER | PU | PR | 20E | |
| AZ | ROCKY RIDGE | ROCKY RIDGE | PU | PR | 50AZ | |
| AZ | ROOSEVELT | GRAPEVINE AIRSTRIP | PU | PR | 88AZ | |
| AZ | SIERRA VISTA | SIERRA VISTA RGNL HEALTH CENTER | PU | PR | AZ89 | |
| AZ | SOMERTON | SOMERTON | PU | PR | 54AZ | |
| AZ | SUPAI VILLAGE | LAVA FALLS | PU | PR | AZ15 | |
| AZ | YOUNG | PLEASANT VALLEY AIRSTRIP | PU | PR | 24AZ | |
| CA | AGUA DULCE | CAMP 11 | PU | PR | CL59 | |
| CA | AUBURN | AUBURN CAL FIRE | PU | PR | 8CA2 | |
| CA | BAKERSFIELD | KERN MEDICAL | PU | PR | CL61 | |
| CA | BARSTOW | BARSTOW COMMUNITY HOSPITAL | PU | PR | CL17 | |
| CA | BARSTOW | GOLDSTONE /GTS/ | PU | PR | 00CA | |
| CA | BISHOP | INYO COUNTY SHERIFF SEARCH & RESCUE | PU | PR | 4CL7 | |
| CA | BRIDGEPORT | MONO COUNTY MEDICAL | PU | PR | CN10 | |
| CA | BRYTE | CHP ACADEMY | PU | PR | 60CL | |
| CA | CALABASAS | LOST HILLS SHERIFF'S STATION | PU | PR | 05CA | |
| CA | CALABASAS | STATION 125 | PU | PR | CL62 | |
| CA | CARSON | CARSON SHERIFF STATION | PU | PR | 7L1 | |
| CA | CASTAIC | CASTAIC DAM | PU | PR | CL63 | |
| CA | CHESTER | USFS CHESTER | PU | PR | 5Q2 | |
| CA | CITY OF INDUSTRY | L A COUNTY SHERIFF'S DEPARTMENT | PU | PR | 7L5 | |
| CA | COSTA MESA | COSTA MESA POLICE DEPARTMENT | PU | PR | 42CL | |
| CA | CROWS LANDING | CROWS LANDING | PU | PR | CA93 | |
| CA | FONTANA | FONTANA POLICE | PU | PR | CA29 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| CA | GREENVILLE | INDIAN VALLEY HOSPITAL | PU | PR | 30CA | |
| CA | HANFORD | ADVENTIST MEDICAL CENTER HANFORD | PU | PR | 15CN | |
| CA | HANFORD | KINGS COUNTY HOUSTON AVE | PU | PR | CN53 | |
| CA | HOLLISTER | HAZEL HAWKINS MEMORIAL HOSPITAL | PU | PR | 9CN1 | |
| CA | HUNTINGTON BEACH | CIVIC CENTER | PU | PR | 75CA | |
| CA | HUNTINGTON BEACH | H B P D | PU | PR | CL65 | |
| CA | JOSHUA TREE | MORONGA BASIN CHP | PU | PR | CL28 | |
| CA | LA CANADA | CAMP 2 | PU | PR | CL66 | |
| CA | LAKE ARROWHEAD | M H 15 HEAPS PEAK USFS | PU | PR | 13CA | |
| CA | LAKE ARROWHEAD | MOUNTAINS COMMUNITY HOSPITAL | PU | PR | 47CA | |
| CA | LAKEWOOD | L A CO SHERIFF LAKEWOOD | PU | PR | 50CL | |
| CA | LANCASTER | LA COUNTY SHERIFF LANCASTER STN | PU | PR | 21CL | |
| CA | LONG BARN | BALD MOUNTAIN | PU | PR | 76CA | |
| CA | LONG BEACH | NAA LONG BEACH PORT HELISTOP | PU | PR | 42L | |
| CA | LOS ANGELES | CALTRANS DISTRICT 7 | PU | PR | CL31 | |
| CA | LOS ANGELES | DEPARTMENT OF WATER & POWER LOS ANGELES | PU | PR | 2CN6 | |
| CA | LOS ANGELES | DEVONSHIRE AREA | PU | PR | 14L | |
| CA | LOS ANGELES | EDWARD ROYBAL FEDERAL BLDG | PU | PR | 5CL6 | |
| CA | LOS ANGELES | ENGINE CO NR 108 | PU | PR | 60L | |
| CA | LOS ANGELES | JAY STEPHEN HOOPER MEMORIAL | PU | PR | 58CA | |
| CA | LOS ANGELES | L A CO MENS SHERIFFS CNTR JAIL | PU | PR | 23CL | |
| CA | LOS ANGELES | LAPD HOOPER | PU | PR | 4CA0 | |
| CA | LOS ANGELES | LOS ANGELES CITY HALL EAST | PU | PR | 59L | |
| CA | LOS ANGELES | VAN NUYS COUNTY COURT | PU | PR | 43L | |
| CA | LOS ANGELES | WILSHIRE AREA | PU | PR | 44L | |
| CA | LOS ANGELES/VAN NUYS | ENGINE CO NR 109 | PU | PR | 61L | |
| CA | MALIBU | CAMP 8 | PU | PR | CL72 | |
| CA | MALIBU | MALIBU ADMINISTRATIVE CENTER | PU | PR | 74L | |
| CA | MOUNTAIN VIEW | MOFFETT FEDERAL AFLD | PU | PR | NUQ | |
| CA | NEWPORT BEACH | NEWPORT BEACH POLICE | PU | PR | 3CA1 | |
| CA | NORWALK | NORWALK SHERIFF STATION | PU | PR | 84L | |
| CA | NORWALK | SOUTHEAST SUPERIOR COURT | PU | PR | 83L | |
| CA | PACOIMA | BARTON | PU | PR | PAI | |
| CA | PASADENA | MESA | PU | PR | 24CA | |
| CA | PASADENA | SUPER BOWL | PU | PR | 3CL4 | |
| CA | POMONA | POMONA POLICE DEPT | PU | PR | 98L | |
| CA | QUINCY | PLUMAS DISTRICT HOSPITAL | PU | PR | CL94 | |
| CA | QUINCY | QUINCY HELITACK BASE | PU | PR | 72CA | |
| CA | REEDLEY | REEDLEY COLLEGE | PU | PR | CA13 | |
| CA | RIVERSIDE | CITY HALL | PU | PR | CA78 | |
| CA | SAN ANDREAS | MARK TWAIN MEDICAL CENTER | PU | PR | CA25 | |
| CA | SAN BERNARDINO | COUNTY HEADQUARTERS BLDG | PU | PR | CL95 | |
| CA | SAN DIEGO | TORREY PINES | PU | PR | CA84 | |
| CA | SAN FRANCISCO | ALCATRAZ | PU | PR | CA27 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| CA | SAN FRANCISCO | HALL OF JUSTICE | PU | PR | CA26 | |
| CA | SAN FRANCISCO | POLICE PISTOL RANGE | PU | PR | 16CA | |
| CA | SAN JOSE | COUNTY MEDICAL CENTER | PU | PR | CA33 | |
| CA | SAN PEDRO | CATALINA AIR-SEA TERMINAL | PU | PR | 6CA3 | |
| CA | SANGER | SANGER | PU | PR | CA31 | |
| CA | SANTA ANA | ORANGE CO SHERIFFS FORENSICS LAB HELISTOP | PU | PR | 6CL7 | |
| CA | SAUGUS | CAMP 14 | PU | PR | CL78 | |
| CA | SOUTH LAGUNA BEACH | G S A LAGUNA NIGUEL G/L HELISTOP | PU | PR | 1CA3 | |
| CA | ST HELENA | NAPA COUNTY FIRE DEPT | PU | PR | CL39 | |
| CA | STOCKTON | SAN JOAQUIN GENERAL HOSPITAL | PU | PR | CL52 | |
| CA | SUNLAND | CAMP 15 | PU | PR | CL81 | |
| CA | THOUSAND OAKS | EAST VALLEY SHERIFF'S STATION | PU | PR | 6CA4 | |
| CA | THOUSAND OAKS | LOS ANGELES COUNTY FIRE DEPARTMENT | PU | PR | 1CA9 | |
| CA | VALENCIA | SHERIFF'S STATION | PU | PR | CL22 | |
| CA | VALENCIA | SHERIFF'S WAYSIDE | PU | PR | 81L | |
| CA | WATSONVILLE | WATSONVILLE COMMUNITY HOSPITAL | PU | PR | CL99 | |
| CA | WEST LOS ANGELES | VA GREATER LOS ANGELES HEALTH CARE CENTER | PU | PR | 0CA2 | |
| CO | BLACK HAWK | MINER'S MESA | PU | PR | 75CO | |
| CO | CORTEZ | MCHD | PU | PR | 1CO9 | |
| CO | DENVER | DENVER HEALTH | PU | PR | CO35 | |
| CO | DENVER | GENERAL MAIL FACILITY | PU | PR | CO01 | |
| CO | DENVER | POLICE HEADQUARTERS | PU | PR | 9CO0 | |
| CO | ELIZABETH | ELIZABETH EMERGENCY | PU | PR | 55CO | |
| CO | FORT COLLINS | CHRISTMAN FIELD | PU | PR | CO55 | |
| CO | FORT COLLINS | POUDRE VALLEY HOSPITAL | PU | PR | CD07 | |
| CO | GRAND JUNCTION | BLM FIRE CENTER | PU | PR | 28CO | |
| CO | GREELEY | NCMC | PU | PR | 98CO | |
| CO | GUNNISON | GUNNISON VALLEY HOSPITAL | PU | PR | CD12 | |
| CO | INDIAN HILLS | INDIAN HILLS/FIRE DEPARTMENT | PU | PR | 9CO4 | |
| CO | KIOWA | ELBERT COUNTY | PU | PR | CO36 | |
| CO | MONTROSE | WEST AREA PWR ADMIN OPS CENTER | PU | PR | 6CO8 | |
| CO | MONUMENT | MONUMENT HELIBASE | PU | PR | 61CO | |
| CO | MORRISON | MOUNT MORRISON | PU | PR | 1CO1 | |
| CO | VICTOR | D B SMITH MEMORIAL | PU | PR | 3CO9 | |
| CT | NEW BRITAIN | N B G H | PU | PR | 0CT3 | |
| DC | WASHINGTON | MPD 2ND | PU | PR | DC06 | |
| DC | WASHINGTON | MPD 3RD DISTRICT | PU | PR | DC16 | |
| DC | WASHINGTON | MPD 5TH | PU | PR | DC07 | |
| DC | WASHINGTON | US PARK POLICE EAGLE'S NEST | PU | PR | DC03 | |
| DE | DOVER | DELAWARE STATE POLICE | PU | PR | DE02 | |
| FL | ARCADIA | DE SOTO MEMORIAL HOSPITAL | PU | PR | FD85 | |
| FL | BARTOW | BARTOW HIGH SCHOOL | PU | PR | FD65 | |
| FL | BOCA GRANDE | BOCA GRANDE HELISTOP | PU | PR | 5FD6 | |
| FL | CAPE CORAL | BOKEELIA HELISTOP | PU | PR | 5FD8 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| FL | CAPE CORAL | ST JAMES HELISTOP | PU | PR | 5FD9 | |
| FL | CARRABELLE | DOG ISLAND | PU | PR | FA43 | |
| FL | CHATTAHOOCHEE | FLORIDA STATE HOSPITAL | PU | PR | 31FD | |
| FL | CHIPLEY | NORTHWEST FLORIDA COMMUNITY HOSPITAL | PU | PR | 80FL | |
| FL | DE LAND | ADVENT HEALTH DELAND | PU | PR | 2FD9 | |
| FL | EVERGLADES CITY | OASIS RANGER STATION-U S GOVERNMENT | PU | PR | 9FL7 | |
| FL | FORT LAUDERDALE | BROWARD HEALTH MEDICAL CENTER | PU | PR | 6FD8 | |
| FL | FORT LAUDERDALE | CITY OF FORT LAUDERDALE | PU | PR | 30FD | |
| FL | FORT MYERS | BUCKINGHAM FIELD | PU | PR | FL59 | |
| FL | FORT MYERS | LEE MEMORIAL HOSPITAL EMERGENCY | PU | PR | FD67 | |
| FL | FORT MYERS | WOODSTOCK | PU | PR | FL86 | |
| FL | HOMESTEAD | SOUTH DADE COMMUNITY HEALTH CENTER | PU | PR | FA47 | |
| FL | JACKSONVILLE | JACKSONVILLE POLICE | PU | PR | 8FL8 | |
| FL | JASPER | HAMILTON HELISTOP | PU | PR | FA15 | |
| FL | JAY | JAY HOSPITAL | PU | PR | FA16 | |
| FL | LAKE BUTLER | DEPARTMENT OF CORRECTIONS FIELD | PU | PR | FL03 | |
| FL | LEE | MADISON COUNTY | PU | PR | 99FL | |
| FL | MARIANNA | JACKSON COUNTY HOSPITAL | PU | PR | 28FD | |
| FL | MEDLEY | DADE COUNTY MOSQUITO CONTROL | PU | PR | FD00 | |
| FL | MIAMI | JACKSON MEMORIAL HOSPITAL | PU | PR | 25FA | |
| FL | MIAMI | KENDALL DISTRICT STATION | PU | PR | 2FA0 | |
| FL | MUNSON | BLACKWATER AIRFIELD | PU | PR | 8FD3 | |
| FL | NORTH MIAMI BEACH | INTRA COASTAL POLICE SUB-STATION | PU | PR | FL87 | |
| FL | NORTH PORT | NORTH PORT EMS | PU | PR | 84FD | |
| FL | OCALA | SHERIFF'S NORTH MULTI DISTRICT OFFICE | PU | PR | 1FL6 | |
| FL | PINE ISLAND CENTER | PINE ISLAND HELISTOP | PU | PR | 4FD6 | |
| FL | PINELLAS PARK | PINELLAS COUNTY MOSQUITO CONTROL | PU | PR | 95FL | |
| FL | POMPANO BEACH | N BROWARD MEDICAL CENTER | PU | PR | 28FA | |
| FL | QUINCY | GADSDEN MEMORIAL HOSPITAL | PU | PR | 29FD | |
| FL | RAIFORD | STATE PRISON FIELD | PU | PR | FL28 | |
| FL | SANIBEL | BOWMAN'S BEACH HELISTOP | PU | PR | 4FD9 | |
| FL | SANIBEL | CAPTIVA | PU | PR | 4FD8 | |
| FL | SARASOTA | SARASOTA DEPT OF FIRE-RESCUE EAST SIDE | PU | PR | 6FL6 | |
| FL | SEBRING | HIGHLANDS RGNL MEDICAL CENTER | PU | PR | 9FD3 | |
| FL | ST PETERSBURG | BAY PINES VETERANS ADMINISTRATION | PU | PR | FD64 | |
| FL | TAMPA | ACADEMY | PU | PR | 9FD6 | |
| FL | TITUSVILLE | NASA SHUTTLE LANDING FACILITY | PU | PR | TTS | |
| FL | WEST PALM BEACH | PALM BEACH SHERIFF'S RANGE | PU | PR | 39FL | |
| GA | ATLANTA | NORTHSIDE HOSPITAL | PU | PR | GA55 | |
| GA | ATLANTA | STATE CAPITAL PARKING LOT | PU | PR | GA85 | |
| GA | AVONDALE ESTATES | DEKALB POLICE DEPT | PU | PR | GA58 | |
| GA | BAXLEY | APPLING GENERAL HOSPITAL | PU | PR | GA78 | |
| GA | BUFORD | BUFORD PRECINCT | PU | PR | 35GA | |
| GA | CARROLLTON | TANNER MEDICAL CENTER | PU | PR | 3GA2 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| GA | DALTON | HAMILTON MEDICAL CENTER | PU | PR | GA70 | |
| GA | DARIEN | SAPELO ISLAND | PU | PR | 08GA | |
| GA | FITZGERALD | FITZGERALD JR WOMAN'S HOSPITAL | PU | PR | 9GA7 | |
| GA | FOLKSTON | OKEFENOKEE | PU | PR | 3GE1 | |
| GA | FORSYTH | GEORGIA PUBLIC SAFETY TRAINING CENTER | PU | PR | 90GA | |
| GA | JONESBORO | FALCONS NEST | PU | PR | 41GA | |
| GA | MILLEDGEVILLE | CENTRAL STATE HOSPITAL | PU | PR | 6GA6 | |
| GA | MONROE | WALTON RGNL MEDICAL CENTER | PU | PR | GA38 | |
| GA | SANDERSVILLE | WASHINGTON COUNTY REGIONAL MEDICAL CENTER | PU | PR | 58GA | |
| GA | SAVANNAH | MEMORIAL HOSPITAL | PU | PR | GA37 | |
| GA | STONE MOUNTAIN | STONE MOUNTAIN PARK SKYLIFT | PU | PR | 92GA | |
| GA | SWAINSBORO | EMANUEL COUNTY HOSPITAL | PU | PR | 93GA | |
| GA | SYLVANIA | SCREVEN EMS | PU | PR | 84GA | |
| GA | UNION CITY | STONEWALL | PU | PR | 3GA4 | |
| GA | VILLA RICA | TANNER MEDICAL CENTER/VILLA RICA | PU | PR | 87GA | |
| GA | WAYCROSS | MAYO CLINIC HEALTH SYSTEM | PU | PR | GA60 | |
| HI | KAHUKU | KAHUKU FIRE & POLICE STATION | PU | PR | HI57 | |
| HI | LAHAINA | KAPALUA | PU | PR | JHM | |
| HI | TERN ISLAND | FRENCH FRIGATE SHOALS | PU | PR | HFS | |
| HI | VOLCANO VILLAGE | RAINSHED | PU | PR | HI52 | |
| IA | ATLANTIC | CASS COUNTY MEMORIAL HOSPITAL | PU | PR | IA67 | |
| IA | AUDUBON | AUDUBON COUNTY MEMORIAL HOSPITAL | PU | PR | 0IA2 | |
| IA | CORYDON | WAYNE COUNTY HOSPITAL | PU | PR | IA46 | |
| IA | DES MOINES | BROADLAWNS MEDICAL CENTER | PU | PR | 6IA4 | |
| IA | FAIRFIELD | JEFFERSON COUNTY HEALTH CENTER | PU | PR | 7IA6 | |
| IA | HARLAN | MYRTUE MEMORIAL HOSPITAL | PU | PR | IA55 | |
| IA | INDIANOLA | INDIANOLA | PU | PR | IA71 | |
| IA | IOWA CITY | UNIVERSITY OF IOWA HOSPITALS & CLINIC | PU | PR | 1IA7 | |
| IA | JEFFERSON | GREENE COUNTY MEDICAL CENTER | PU | PR | 3IA2 | |
| IA | LEON | DECATUR COUNTY HOSPITAL | PU | PR | 6IA0 | |
| IA | MISSOURI VALLEY | MISSOURI VALLEY | PU | PR | 90IA | |
| IA | MOUNT PLEASANT | MEDICAL | PU | PR | 2IA3 | |
| IA | NEVADA | SCH | PU | PR | 1IA5 | |
| IA | PRIMGHAR | MERCY ONE PRIMGHAR MEDICAL CENTER | PU | PR | IA96 | |
| IA | RED OAK | MONTGOMERY COUNTY MEMORIAL | PU | PR | IA91 | |
| IA | SPENCER | SPENCER MUNI HOSPITAL | PU | PR | 1IA3 | |
| IA | WASHINGTON | WASHINGTON COUNTY HOSPITAL | PU | PR | 3IA0 | |
| IA | WEBSTER CITY | HCPH | PU | PR | IA95 | |
| IA | WOODWARD | WOODWARD STATE HOSPITAL | PU | PR | IA89 | |
| ID | AHSAHKA | DWORSHAK | PU | PR | ID46 | |
| ID | CASCADE | DEADWOOD DAM AIRSTRIP | PU | PR | ID86 | |
| ID | CLARKIA | STOCKING MEADOWS | PU | PR | ID33 | |
| ID | GOODING | GOODING COUNTY MEMORIAL HOSPITAL | PU | PR | 1ID8 | |
| ID | HORSESHOE BEND | HORSESHOE BEND | PU | PR | 1ID2 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| ID | LEWISTON | RED BIRD | PU | PR | ID57 | |
| ID | MOSCOW | TAYLOR RANCH LANDING AREA | PU | PR | 09ID | |
| ID | NEW MEADOWS | PRICE VALLEY HELIBASE | PU | PR | ID08 | |
| ID | OROFINO | CLEARWATER VALLEY HOSPITAL | PU | PR | ID66 | |
| ID | POCATELLO | PORTNEUF MEDICAL CENTER | PU | PR | ID64 | |
| ID | RUPERT | MINIDOKA MEMORIAL HOSPITAL | PU | PR | ID53 | |
| ID | ST MARIES | BENEWAH COMMUNITY HOSPITAL | PU | PR | ID14 | |
| ID | WINCHESTER | WAPSHILLA | PU | PR | ID50 | |
| IL | ALEDO | GENESIS MEDICAL CTR-ALEDO | PU | PR | 12IS | |
| IL | ALSIP | ALSIP FIRE DEPARTMENT | PU | PR | IS81 | |
| IL | BENTON | FRANKLIN HOSPITAL | PU | PR | 53IS | |
| IL | BRUSSELS | BRUSSELS | PU | PR | 4IL7 | |
| IL | CARY | CARY FIRE DEPT | PU | PR | 6IS1 | |
| IL | CENTRALIA | CENTRALIA CORRECTIONAL CENTER | PU | PR | 6IL8 | |
| IL | CHESTER | MEMORIAL HOSPITAL | PU | PR | 4IS2 | |
| IL | CHICAGO | FIRST AREA POLICE HDQTRS | PU | PR | IL69 | |
| IL | CHICAGO | JOHN H STROGER HOSPITAL OF COOK COUNTY | PU | PR | IL75 | |
| IL | DANVILLE | DANVILLE CORRECTIONAL CENTER | PU | PR | 7IS4 | |
| IL | ELGIN | IL DEPT OF TRANSPORTATION | PU | PR | 2IL8 | |
| IL | GRAFTON | DEPT OF JUVENILE JUSTICE | PU | PR | 8IS3 | |
| IL | GRAND TOWER | GRAND TOWER | PU | PR | 3IS9 | |
| IL | GRANTSBURG | VIENNA CORRECTIONAL CENTER | PU | PR | IL61 | |
| IL | HIGHLAND PARK | CITY OF HIGHLAND PARK | PU | PR | 9IL5 | |
| IL | INA | BIG MUDDY CORRECTIONAL FACILITY | PU | PR | IL67 | |
| IL | JERSEYVILLE | JERSEY COMMUNITY HOSPITAL | PU | PR | 27IL | |
| IL | LAWRENCEVILLE | LAWRENCE CO MEMORIAL HOSPITAL | PU | PR | 1LL1 | |
| IL | LEMONT | LEMONT FIRE DEPT | PU | PR | 6IS2 | |
| IL | MARION | VA MEDICAL CENTER | PU | PR | 58IS | |
| IL | MC LEANSBORO | HAMILTON MEMORIAL HOSPITAL | PU | PR | 0IL0 | |
| IL | MC LEANSBORO | MC LEANSBORO | PU | PR | 3LL8 | |
| IL | MORRISON | MORRISON COMMUNITY HOSPITAL | PU | PR | 5LL9 | |
| IL | NEWTON | JASPER COUNTY SAFETY COUNCIL | PU | PR | 6LL7 | |
| IL | PARIS | STATE HIGHWAY PARIS | PU | PR | 8LL6 | |
| IL | PEOTONE | SOUTH SUBURBAN | PU | PR | 57IL | |
| IL | PRINCETON | PERRY MEMORIAL HOSPITAL | PU | PR | IS67 | |
| IL | ROBINSON | CRAWFORD MEMORIAL HOSPITAL | PU | PR | 35LL | |
| IL | TAMMS | VILLAGE OF TAMMS | PU | PR | 32IL | |
| IL | ULLIN | SHAWNEE COMMUNITY COLLEGE | PU | PR | IL19 | |
| IL | URBANA | COUNTY EMERG SVCS/DISASTER AGCY | PU | PR | IS22 | |
| IN | CLINTON | UNION HOSPITAL CLINTON | PU | PR | 2II8 | |
| IN | DECATUR | ADAMS CO MEMORIAL HOSPITAL | PU | PR | 56II | |
| IN | FRANKLIN | JOHNSON MEMORIAL HOSPITAL | PU | PR | 55II | |
| IN | KNOX | I U HEALTH STARKE HOSPITAL | PU | PR | II44 | |
| IN | NEW HAVEN | CASAD INDUSTRIAL PARK | PU | PR | 56IN | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| IN | PORTAGE | BURNS INTL HARBOR | PU | PR | 2II5 | |
| IN | RENSSELAER | FRANCISCAN HEALTH RENSSELAER | PU | PR | 10II | |
| IN | SHELBYVILLE | ARMY AVIATION SUPPORT FACILITY | PU | PR | 3II7 | |
| KS | ANTHONY | ANTHONY HOSPITAL | PU | PR | 5KS7 | |
| KS | CHANUTE | NEOSHO MEMORIAL RGNL HOSPITAL | PU | PR | 89KS | |
| KS | COFFEYVILLE | COFFEYVILLE RGNL MEDICAL CENTER | PU | PR | 9KS0 | |
| KS | GIRARD | GIRARD DISTRICT HOSPITAL | PU | PR | SN80 | |
| KS | KANSAS CITY | UNIVERSITY OF KANSAS HOSPITAL | PU | PR | 10KS | |
| KS | LANSING | LCF | PU | PR | SN60 | |
| KS | LAWRENCE | LAWRENCE MEMORIAL HOSPITAL | PU | PR | SN38 | |
| KS | LEAVENWORTH | DWIGHT EISENHOWER VA MEDICAL CENTER | PU | PR | SN01 | |
| KS | LENORA | LENORA MUNI | PU | PR | SN03 | |
| KS | PLAINS | PLAINS MUNI | PU | PR | 2KS5 | |
| KS | TOPEKA | STORMONT-VAIL HOSPITAL | PU | PR | 3KS0 | |
| KS | WELLINGTON | ST LUKES HOSPITAL | PU | PR | 26KS | |
| KY | ALBANY | MEDICAL CENTER ALBANY | PU | PR | 45KY | |
| KY | BENTON | MARSHALL COUNTY HOSPITAL | PU | PR | 18KY | |
| KY | CLINTON | CLINTON-HICKMAN COUNTY | PU | PR | 0KY7 | |
| KY | ELIZABETHTOWN | HARDIN MEMORIAL HOSPITAL | PU | PR | 1KY1 | |
| KY | ELKTON | STANDARD FIELD | PU | PR | 5KY4 | |
| KY | FRANKFORT | BOONE NATIONAL GUARD | PU | PR | 02KY | |
| KY | JENKINS | GATEWAY INDUSTRIAL PARK | PU | PR | 6KY8 | |
| KY | LIBERTY | LIBERTY-CASEY COUNTY | PU | PR | 53KT | |
| KY | LOUISVILLE | CENTRAL GOVERNMENT CENTER | PU | PR | 40NK | |
| KY | LOUISVILLE | SOUTHWEST GOVERNMENT CENTER | PU | PR | 10KY | |
| KY | LOUISVILLE | UNIVERSITY HOSPITAL | PU | PR | 26KY | |
| KY | MADISONVILLE | BAPTIST HEALTH-MADISONVILLE | PU | PR | 60KY | |
| KY | PAINTSVILLE | PAINTSVILLE-PRESTONSBURG-COMBS FIELD | PU | PR | 9KY9 | |
| LA | ALEXANDRIA | LA STATE POLICE TROOP E | PU | PR | 95LA | |
| LA | ALEXANDRIA | VA MEDICAL CENTER | PU | PR | LA82 | |
| LA | ANGOLA | ANGOLA AIRSTRIP | PU | PR | LA67 | |
| LA | ARNAUDVILLE | BEHAVIORAL HEALTH CENTER | PU | PR | LA06 | |
| LA | BATON ROUGE | LA DOTD HEADQUARTERS | PU | PR | 27LS | |
| LA | BATON ROUGE | LA STATE POLICE TROOP A | PU | PR | 96LA | |
| LA | BATON ROUGE | LOUISIANA STATE POLICE HEADQUARTERS | PU | PR | LA28 | |
| LA | BOSSIER CITY | LA STATE POLICE TROOP G | PU | PR | 02LA | |
| LA | CHURCH POINT | ASLH-HELI-PAD | PU | PR | 57LA | |
| LA | COVINGTON | LA STATE POLICE TROOP L | PU | PR | 98LA | |
| LA | GIBSON | DISTRICT 8 EMERGENCY | PU | PR | LS64 | |
| LA | GREENSBURG | ST HELENA PARISH HOSPITAL | PU | PR | LS22 | |
| LA | HACKBERRY | WEST HACKBERRY | PU | PR | 0LA0 | |
| LA | HOUMA | LEONARD J CHABERT MEDICAL CENTER | PU | PR | 20LA | |
| LA | HOUMA | TERREBONNE GENERAL MEDICAL CENTER | PU | PR | 92LA | |
| LA | JONESBORO | JACKSON PARISH HOSPITAL | PU | PR | 0LA8 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| LA | LAKE CHARLES | LA STATE POLICE TROOP D | PU | PR | 5LA8 | |
| LA | MAMOU | SAVOY MEDICAL CENTER | PU | PR | 1LA7 | |
| LA | METAIRIE | EAST JEFFERSON GENERAL HOSPITAL | PU | PR | LS85 | |
| LA | MONROE | LA STATE POLICE TROOP F | PU | PR | 07LS | |
| LA | NEW IBERIA | IGH | PU | PR | 2LA2 | |
| LA | NEW ORLEANS | JACKSON BARRACKS | PU | PR | 6LA0 | |
| LA | NEW ROADS | POINTE COUPEE GENERAL HOSPITAL | PU | PR | LS06 | |
| LA | SHREVEPORT | LSU HEALTH SCIENCE CENTER | PU | PR | LS07 | |
| LA | ST FRANCISVILLE | WEST FELICIANA SHERIFF'S OFFICE | PU | PR | 09LS | |
| LA | SULPHUR | SULPHUR MINES | PU | PR | 72LA | |
| LA | SULPHUR | WEST CALCASIEU CAMERON HOSPITAL | PU | PR | LS37 | |
| LA | THIBODAUX | LA STATE POLICE TROOP C | PU | PR | 50LA | |
| LA | URANIA | HARDTNER MEDICAL CENTER | PU | PR | LS79 | |
| MA | BOURNE | CAMP EDWARDS | PU | PR | MA29 | |
| MA | GLOUCESTER | U S C G | PU | PR | MA42 | |
| MA | GOSNOLD | CUTTYHUNK | PU | PR | 02MA | |
| MA | HOLLISTON | HIGH SCHOOL | PU | PR | 25MA | |
| MA | HOLLISTON | MELLEN STREET | PU | PR | 12MA | |
| MA | MILFORD | ARMY NATIONAL GUARD | PU | PR | MA46 | |
| MA | NATICK | US PROPERTY & FISCAL OFFICE | PU | PR | MA57 | |
| MA | WALTHAM | FEDERAL CENTER | PU | PR | 5MA0 | |
| MD | BALTIMORE | BALTIMORE POLICE DEPARTMENT | PU | PR | MD10 | |
| MD | EMMITSBURG | NAT'L EMERGENCY TRAINING CNTR | PU | PR | 7MD2 | |
| MD | HAVRE DE GRACE | GREGORY MAY | PU | PR | MD08 | |
| MD | LAYTONSVILLE | FEDERAL SUPPORT CENTER | PU | PR | 1MD5 | |
| MD | OLNEY | MONTGOMERY COUNTY POLICE NORWOOD | PU | PR | MD58 | |
| ME | CHESUNCOOK | CHESUNCOOK FORESTRY DISTRICT | PU | PR | ME18 | |
| ME | GREENVILLE | GREENVILLE FORESTRY | PU | PR | ME30 | |
| ME | LIMESTONE | LORING INTL | PU | PR | ME16 | |
| ME | LIVERMORE | BRETTUNS POND | PU | PR | ME12 | |
| ME | PITTSTON FARM | SEBOOMOOK FORESTRY DISTRICT HEADQUARTERS | PU | PR | ME72 | |
| ME | VINALHAVEN | VINALHAVEN | PU | PR | ME55 | |
| MI | BATTLE CREEK | CUSTER MAIN | PU | PR | 9MI1 | |
| MI | DOWAGIAC | LEE MEMORIAL HOSPITAL | PU | PR | 13MI | |
| MI | LANSING | MCLAREN GREATER LANSING HOSPITAL | PU | PR | MI34 | |
| MI | LANSING | MICHIGAN NATIONAL GUARD HEADQUARTERS | PU | PR | 09MI | |
| MN | BARNESVILLE | BARNESVILLE MUNI | PU | PR | 9MN3 | |
| MN | BATTLE LAKE | BATTLE LAKE MUNI | PU | PR | 00MN | |
| MN | FARIBAULT | DISTRICT ONE HOSPITAL | PU | PR | MN59 | |
| MN | GRACEVILLE | KAPAUN-WILSON FIELD | PU | PR | 4MN5 | |
| MN | HIBBING | CAREY LAKE | PU | PR | 9MN0 | |
| MN | ISLE | ISLE PRIVATE | PU | PR | MY72 | |
| MN | LITCHFIELD | MEEKER MEMORIAL HOSPITAL | PU | PR | MN65 | |
| MN | MAHNOMEN | MAHNOMEN HEALTH CENTER | PU | PR | MN25 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| MN | ROOSEVELT | COX-COYOUR MEML FLD | PU | PR | 59MN | |
| MN | SPRINGFIELD | MAYO CLINIC HEALTH SYSTEM - SPRINGFIELD | PU | PR | MN70 | |
| MN | ST PAUL | REGIONS HOSPITAL | PU | PR | 7MN1 | |
| MO | BLACKJACK | FIRST PRECINCT POLICE | PU | PR | MU95 | |
| MO | BUTLER | BATES COUNTY HOSPITAL | PU | PR | 81MO | |
| MO | COLUMBIA | BOONE HOSPITAL CENTER | PU | PR | 91MO | |
| MO | COLUMBIA | REFUELING PAD | PU | PR | MU96 | |
| MO | COLUMBIA | UNIVERSITY HOSPITALS & CLINICS | PU | PR | MU37 | |
| MO | ELLINGTON | SOUTHEAST HEALTH OF REYNOLDS COUNTY | PU | PR | 5MO4 | |
| MO | GALMEY | GALMEY | PU | PR | MU94 | |
| MO | GREEN CITY | WIDMARK | PU | PR | MO83 | |
| MO | HOLDEN | HOLDEN | PU | PR | 0MU5 | |
| MO | HOUSTON | TEXAS COUNTY MEMORIAL HOSPITAL | PU | PR | MU44 | |
| MO | KANSAS CITY | BERT WALTER BERKOWITZ | PU | PR | 0MO4 | |
| MO | KANSAS CITY | NORTH PATROL DIV STATION | PU | PR | 19MO | |
| MO | KANSAS CITY | POLICE DEPT HELICOPTER MAINT FACILITY | PU | PR | 3MO1 | |
| MO | KANSAS CITY | VA MEDICAL CENTER | PU | PR | MU58 | |
| MO | PERRYVILLE | PERRY COUNTY MEMORIAL HOSPITAL | PU | PR | 6MO5 | |
| MO | QUEEN CITY | APPLEGATE | PU | PR | 15MO | |
| MO | SEDALIA | BOTHWELL RGNL HEALTH CENTER | PU | PR | 86MO | |
| MO | SIKESTON | MISSOURI DELTA MEDICAL CENTER | PU | PR | MU45 | |
| MO | URBANA | URBANA AREA MEDICAL | PU | PR | 9MO7 | |
| MO | VIBURNUM | VIBURNUM | PU | PR | MO84 | |
| MO | WEST ALTON | RIVERLANDS AREA | PU | PR | 96MO | |
| MS | CLARKSDALE | NWMRMC | PU | PR | MS94 | |
| MS | CLEVELAND | BOLIVAR COUNTY HOSPITAL | PU | PR | MS01 | |
| MS | GULFPORT | GULFPORT JAIL | PU | PR | MS89 | |
| MS | GULFPORT | MEMORIAL HOSPITAL | PU | PR | MS17 | |
| MS | JACKSON | ADJUTANT GENERAL OFFICE | PU | PR | MS91 | |
| MS | JACKSON | CENTRAL MISSISSIPPI MEDICAL CENTER | PU | PR | 1MS4 | |
| MS | MCCOMB | SOUTHWEST RGNL MEDICAL CENTER | PU | PR | MS47 | |
| MS | PASCAGOULA | BEN L BRIGGS | PU | PR | MS87 | |
| MS | PASCAGOULA | PASCAGOULA NAVAL STATION | PU | PR | 3MS4 | |
| MS | PHILADELPHIA | NESHOBA GENERAL HOSPITAL | PU | PR | 1MS1 | |
| MS | RALEIGH | SMITH COUNTY GENERAL HOSPITAL | PU | PR | 1MS7 | |
| MS | ROBINSONVILLE | ROBINSONVILLE | PU | PR | 4MS1 | |
| MT | HUSON | NINE MILE | PU | PR | MT52 | |
| MT | PHILIPSBURG | GRANITE COUNTY MEMORIAL HOSPITAL | PU | PR | MT67 | |
| MT | ROY | SAND CREEK WILDLIFE STATION | PU | PR | MT79 | |
| MT | SUPERIOR | MINERAL COUNTY HOSPITAL | PU | PR | MT64 | |
| MT | THREE FORKS | OTTERTAIL LAKE | PU | PR | MT36 | |
| MT | WHITEWATER | KEYSTONE XL WHITEWATER | PU | PR | MT26 | |
| NC | BOONE | WATAUGA MEDICAL CENTER | PU | PR | NC04 | |
| NC | BRYSON CITY | TSALI EMERGENCY HELIPORT | PU | PR | 99NR | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| NC | CARY | WAKEMED CARY HOSPITAL | PU | PR | 04NC | |
| NC | CLINTON | SAMPSON RGNL MEDICAL CENTER | PU | PR | NC85 | |
| NC | ELIZABETHTOWN | BLADEN COUNTY HOSPITAL | PU | PR | NC94 | |
| NC | GOLDSBORO | WAYNE MEMORIAL HOSPITAL INC | PU | PR | 0NC0 | |
| NC | KENANSVILLE | DUPLIN GENERAL HOSPITAL | PU | PR | 23NC | |
| NC | MURPHY | TUSQUITEE | PU | PR | NC53 | |
| NC | NAGS HEAD | OUTER BANKS | PU | PR | NC88 | |
| NC | NEW BERN | CAROLINAEAST MEDICAL CENTER | PU | PR | NC57 | |
| NC | PLYMOUTH | WASHINGTON COUNTY HOSPITAL | PU | PR | 0NC3 | |
| NC | RALEIGH | GARNER ROAD | PU | PR | 3NC2 | |
| NC | RALEIGH | WAKE MEDICAL CENTER | PU | PR | 0NC4 | |
| NC | ROANOKE RAPIDS | HALIFAX RGNL MEDICAL CENTER | PU | PR | NC51 | |
| NC | RODANTHE | RODANTHE DARE COUNTY | PU | PR | 00NR | |
| NC | SALISBURY | SALISBURY V A MEDICAL CENTER | PU | PR | NC46 | |
| NC | SUPPLY | BEAR PEN | PU | PR | NC43 | |
| ND | BISMARCK | R J BOHN ARMORY | PU | PR | ND11 | |
| ND | DEVILS LAKE | CAMP GRAFTON | PU | PR | 8NA7 | |
| ND | HARVEY | LONETREE AIRSTRIP | PU | PR | ND72 | |
| ND | HAZEN | SAKAKAWEA MEDICAL CENTER | PU | PR | ND50 | |
| ND | INKSTER | INKSTER | PU | PR | ND24 | |
| ND | MEDINA | ESSENTIA HEALTH | PU | PR | 9NA2 | |
| NE | AUBURN | NEMAHA COUNTY HOSPITAL | PU | PR | 77NE | |
| NE | FAIRBURY | JEFFERSON COUNTY MEMORIAL HOSPITAL | PU | PR | 17NE | |
| NE | FRANKLIN | FRANKLIN COUNTY MEMORIAL HOSPITAL | PU | PR | 0NE4 | |
| NE | GREELEY | GREELEY MUNI | PU | PR | NE46 | |
| NE | LINCOLN | BRYAN LGH MEDICAL CENTER | PU | PR | 47NE | |
| NE | MERRIMAN | COLE MEMORIAL | PU | PR | 57NE | |
| NE | PENDER | PENDER COMMUNITY HOSPITAL | PU | PR | NE02 | |
| NE | VALLEY | VALLEY FIRE/RESCUE DIST & EMERG SERVICE | PU | PR | 48NE | |
| NJ | BAYVILLE | BERKELEY TOWNSHIP POLICE | PU | PR | 0NJ1 | |
| NJ | BLOOMFIELD | STATE POLICE BLOOMFIELD | PU | PR | NJ12 | |
| NJ | BRIDGETON | BRIDGETON | PU | PR | JY26 | |
| NJ | CASSVILLE | COLLIERS MILLS | PU | PR | 36NJ | |
| NJ | CHATSWORTH | COYLE FIELD | PU | PR | NJ20 | |
| NJ | EAST ORANGE | ELMWOOD PARK | PU | PR | NJ37 | |
| NJ | EAST ORANGE | MARTENS STADIUM | PU | PR | NJ38 | |
| NJ | EAST ORANGE | SOVEREL PARK | PU | PR | NJ36 | |
| NJ | EDISON | HQ 78TH DIVISION | PU | PR | NJ76 | |
| NJ | FARMINGDALE | HOWELL TOWNSHIP POLICE | PU | PR | 63NJ | |
| NJ | FORDS | NJ HWY AUTH-ADMIN BLDG HELISPOT | PU | PR | NJ53 | |
| NJ | FORKED RIVER | FORKED RIVER | PU | PR | 66NJ | |
| NJ | HOLMANSVILLE | HOLMANSVILLE | PU | PR | NJ71 | |
| NJ | HOLMDEL | STATE POLICE HOLMDEL HELISPOT | PU | PR | NJ73 | |
| NJ | JERSEY CITY | LIBERTY STATE PARK | PU | PR | 77NJ | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| NJ | KEANSBURG | HAZLET TOWNSHIP POLICE | PU | PR | 78NJ | |
| NJ | LAWRENCEVILLE | PSE & G TRENTON DISTRIBUTION HELISTOP | PU | PR | 4NJ4 | |
| NJ | LEESBURG | BAYSIDE STATE PRISON | PU | PR | JY32 | |
| NJ | MAHWAH | BERGEN COUNTY POLICE & FIRE ACADEMY | PU | PR | 21NJ | |
| NJ | MAYS LANDING | STRAWBERRY FIELDS | PU | PR | 89NJ | |
| NJ | MOUNT HOLLY | OUR LADY'S | PU | PR | 22NJ | |
| NJ | NEWARK | UNIVERSITY HOSPITAL ROOFTOP | PU | PR | NJ87 | |
| NJ | NORTHFIELD | ATLANTIC COUNTY HELISTOP | PU | PR | 99NJ | |
| NJ | TOTOWA | TROOP B | PU | PR | 39NJ | |
| NJ | TRENTON | ATSION HELISTOP | PU | PR | 5NJ5 | |
| NJ | TRENTON | HAMILTON HEADQUARTER TROOP C | PU | PR | 1JY4 | |
| NJ | TRENTON | TRENTON | PU | PR | 5NJ4 | |
| NJ | VINELAND | VINELAND VETERANS HOME | PU | PR | 4NJ6 | |
| NJ | WOODGLEN | LEBANON TWNSHP MUN BLDG | PU | PR | 7NJ6 | |
| NM | ALAMOGORDO | TIMBERON | PU | PR | 52NM | |
| NM | ALBUQUERQUE | UNIVERSITY OF NM HOSPITAL | PU | PR | NM11 | |
| NM | GALLUP | SANOSTEE | PU | PR | NM27 | |
| NM | HOBBS | INDUSTRIAL AIRPARK | PU | PR | NM83 | |
| NM | RESERVE | NEGRITO AIRSTRIP | PU | PR | 0NM7 | |
| NM | RUIDOSO | RUIDOSO | PU | PR | NM19 | |
| NM | SANTA FE | GOVERNOR'S RESIDENCE | PU | PR | NM57 | |
| NM | SILVER CITY | BEAVERHEAD AIRSTRIP | PU | PR | 13NM | |
| NM | SILVER CITY | ME-OWN | PU | PR | 1NM0 | |
| NM | TAOS | HOLY CROSS HOSPITAL | PU | PR | NM65 | |
| NV | LAS VEGAS | UNIVERSITY MEDICAL CENTER-SOUTHERN NEVADA | PU | PR | NV34 | |
| NV | MERCURY | DESERT ROCK | PU | PR | NV65 | |
| NV | MERCURY | PAHUTE MESA AIRSTRIP | PU | PR | L23 | |
| NV | MERCURY | YUCCA AIRSTRIP | PU | PR | NV11 | |
| NY | ALBANY | NY ARNG | PU | PR | NK32 | Heliport |
| NY | ALBANY | NY STATE POLICE - TROOP T | PU | PR | NK33 | Heliport |
| NY | AUBURN | NEW YORK STATE POLICE | PU | PR | 0NY6 | Heliport |
| NY | BATAVIA | TROOP A HEADQUARTERS | PU | PR | 22NY | Heliport |
| NY | BETHPAGE | NASSAU COUNTY POLICE | PU | PR | 8NY9 | Heliport |
| NY | BROCTON | LAKEVIEW SHOCK INCARCERATION CORRECTIONAL | PU | PR | NY99 | Heliport |
| NY | CALVERTON | CALVERTON EXECUTIVE AIRPARK | PU | PR | 3C8 | Check history |
| NY | CAMILLUS | ONONDAGA COUNTY SHERIFF'S DEPARTMENT | PU | PR | NK55 | Heliport |
| NY | ELMIRA | HARRIS HILL | PU | PR | 4NY8 | Gliderport |
| NY | GILBOA/GRAND GORGE | B/G | PU | PR | 3NK7 | Heliport |
| NY | HUNTINGTON | HUNTINGTON EMERGENCY HELISTOP | PU | PR | 1NK9 | Heliport |
| NY | JAMAICA QUEENS | MARY IMMACULATE HOSPITAL | PU | PR | 6NY5 | Heliport |
| NY | LITTLE FALLS | LITTLE FALLS EMS | PU | PR | NK14 | Heliport |
| NY | MILLBROOK | STATE POLICE TROOP K | PU | PR | 7NY5 | Heliport |
| NY | NEW YORK | NYPD AIR OPERATIONS (FLOYD BENNETT FIELD) | PU | PR | NY22 | Check history |
| NY | NEW YORK | ONE POLICE PLAZA | PU | PR | NK39 | Heliport |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| NY | NORTHPORT | VAMC | PU | PR | 26NY | Heliport |
| NY | OLD FORGE | OLD FORGE | PU | PR | NK26 | Grass Strip |
| NY | ONEIDA | STATE POLICE TROOP D | PU | PR | 0NY5 | Heliport |
| NY | PORT JERVIS | PORT JERVIS FIRE DEPARTMENT | PU | PR | NY08 | Heliport |
| NY | SARANAC LAKE | TROOP B HEADQUARTERS | PU | PR | NK11 | Heliport |
| NY | TROY | TROY ARMORY | PU | PR | 1NK3 | Heliport |
| OH | ASHLAND | ODOT DISTRICT 03 | PU | PR | 5OH2 | |
| OH | CANFIELD | MAHONING COUNTY JOINT VOCATIONAL SCHOOL | PU | PR | 7OH5 | |
| OH | CHILLICOTHE | VA HOSPITAL | PU | PR | OI21 | |
| OH | CLEVELAND | 1ST DISTRICT POLICE STA | PU | PR | OI50 | |
| OH | CLEVELAND | 4TH DIST POLICE STATION | PU | PR | OI51 | |
| OH | CLEVELAND | CLEVELAND POLICE DEPT 6TH DISTRICT | PU | PR | 7OH9 | |
| OH | COLDWATER | COMMUNITY HOSPITAL | PU | PR | 54OI | |
| OH | COLUMBUS | COLUMBUS | PU | PR | OH52 | |
| OH | COLUMBUS | FAWCETT CENTER FOR TOMORROW | PU | PR | 35OI | |
| OH | COLUMBUS | OHIO BLDG AUTHORITY | PU | PR | OH53 | |
| OH | FOSTORIA | FOSTORIA COMMUNITY HOSPITAL | PU | PR | 99OI | |
| OH | GLOUSTER | BURR OAK LODGE | PU | PR | 9OA6 | |
| OH | LEBANON | DISTRICT NR 8 | PU | PR | OH80 | |
| OH | LIMA | ODOT DISTRICT NR 1 | PU | PR | OH84 | |
| OH | OXFORD | HUESTON WOODS LODGE | PU | PR | 9OA2 | |
| OH | RAVENNA | ODOT DIST 4 OFFICE | PU | PR | 60OH | |
| OH | SIDNEY | ODOT | PU | PR | 1OH6 | |
| OH | TOLEDO | SCOTT PARK | PU | PR | OI35 | |
| OH | WADSWORTH | WADSWORTH-RITTMAN HOSPITAL | PU | PR | 47OI | |
| OK | ATOKA | ATOKA COUNTY MEDICAL CENTER | PU | PR | 57OK | |
| OK | BRAGGS | CAMP GRUBER | PU | PR | 59OK | |
| OK | BRISTOW | BRISTOW HOSPITAL | PU | PR | OL06 | |
| OK | CARNEGIE | CARNEGIE MUNI HOSPITAL | PU | PR | OL07 | |
| OK | CHANDLER | CHANDLER ARMORY | PU | PR | 63OK | |
| OK | CHEYENNE | L J PANKEY | PU | PR | OL08 | |
| OK | CLEVELAND | CLEVELAND AREA HOSPITAL | PU | PR | 8OK3 | |
| OK | CLINTON | INTEGRIS CLINTON RGNL HOSPITAL | PU | PR | 5OK5 | |
| OK | COLLINSVILLE | COLLINSVILLE RURAL FIRE DISTRICT | PU | PR | OK45 | |
| OK | CORDELL | CORDELL MEMORIAL HOSPITAL | PU | PR | 64OK | |
| OK | EUFAULA | EPIC MEDICAL CENTER | PU | PR | 9OK6 | |
| OK | FAIRFAX | FAIRFAX | PU | PR | 68OK | |
| OK | HOLDENVILLE | HOLDENVILLE GENERAL HOSPITAL | PU | PR | 49OK | |
| OK | IDABEL | MC CURTAIN MEMORIAL HOSPITAL | PU | PR | 1OK4 | |
| OK | LAWTON | COMANCHE COUNTY MEMORIAL HOSPITAL | PU | PR | 18OK | |
| OK | LINDSAY | MASH | PU | PR | 23OK | |
| OK | MIDWEST CITY | MIDWEST RGNL MEDICAL CENTER | PU | PR | OL15 | |
| OK | MUSKOGEE | MUSKOGEE RGNL MEDICAL CENTER | PU | PR | 94OK | |
| OK | OKLAHOMA CITY | GOVERNOR'S MANSION | PU | PR | 9OK0 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| OK | OKLAHOMA CITY | OKLAHOMA NATIONAL GUARD | PU | PR | 77OK | |
| OK | OKLAHOMA CITY | OMH | PU | PR | 9OK1 | |
| OK | PAULS VALLEY | PAULS VALLEY STATE SCHOOL | PU | PR | OL00 | |
| OK | PRYOR | WHITTAKER ARMY | PU | PR | OK84 | |
| OK | SHATTUCK | SHATTUCK HOSPITAL | PU | PR | 0OK7 | |
| OK | STROUD | STROUD HOSPITAL | PU | PR | OK86 | |
| OK | TULSA | POLICE CIVIC CENTER | PU | PR | OK41 | |
| OK | VINITA | SAINT FRANCIS HOSPITAL VINITA | PU | PR | 86OK | |
| OR | DILLARD | WINSTON-DILLARD FIRE DISTRICT STATION NR 2 | PU | PR | 66OR | |
| OR | EUGENE | DRILL FIELD PAD | PU | PR | 05OG | |
| OR | EUGENE | EUGENE FIRE STATION #2 | PU | PR | 17OG | |
| OR | EUGENE | MAHLON SWEET FIELD | PU | PR | OG32 | |
| OR | GLENDALE | CALVERT PEAK | PU | PR | OR73 | |
| OR | HOOD RIVER | HOOD RIVER FIRE DEPT | PU | PR | OR43 | |
| OR | JUNTURA | JUNTURA | PU | PR | OR14 | |
| OR | MYRTLE CREEK | MYRTLE CREEK MUNI | PU | PR | OG62 | |
| OR | PRINEVILLE | BLM | PU | PR | 77OR | |
| OR | REEDSPORT | CRUSE MEMORIAL | PU | PR | 79OR | |
| OR | SENECA | INSHALLAH INTL | PU | PR | 7OR8 | |
| PA | ASHLAND | ST CATHERINE MEDICAL CENTER | PU | PR | PA32 | |
| PA | BENTON | BENTON | PU | PR | PA40 | |
| PA | GREENCASTLE | GREENCASTLE USAR CENTER | PU | PR | 52PN | |
| PA | HARRISBURG | STATE POLICE AREA III | PU | PR | 05PN | |
| PA | HERMITAGE | HERMITAGE CENTRAL FIRE STATION | PU | PR | 1PS1 | |
| PA | LARKSVILLE BOROUGH | LARKSVILLE EMS | PU | PR | PS48 | |
| PA | LEBANON | VA MEDICAL CENTER | PU | PR | PS92 | |
| PA | MAHANOY | SCI-MAHANOY | PU | PR | PA37 | |
| PA | PHILADELPHIA | STATE POLICE AREA SIX | PU | PR | 9PA6 | |
| PR | BAYAMON | BAYAMON RGNL HOSPITAL | PU | PR | PR33 | |
| PR | ISABELA | ADVANCED PUBLIC HEALTH OF ISABELA | PU | PR | 07PR | |
| PR | MAYAGUEZ | SABALOS WARD | PU | PR | PR09 | |
| PR | OROCOVIS | OROCOVIS HEALTH CENTER | PU | PR | PR19 | |
| PR | SAN JUAN | STATE GOVERNMENT NUMBER ONE | PU | PR | PR12 | |
| PR | TOA ALTA | PRASA - LA PLATA | PU | PR | PR02 | |
| SC | ABBEVILLE | ABBEVILLE COUNTY MEMORIAL HOSPITAL | PU | PR | SC83 | |
| SC | AIKEN | SAVANNAH RIVER SITE (DEPT OF ENERGY) | PU | PR | SC30 | |
| SC | BAMBERG | BAMBERG COUNTY MEMORIAL HOSPITAL | PU | PR | SC49 | |
| SC | BEAUFORT | BEAUFORT COUNTY MEMORIAL HOSPITAL | PU | PR | SC02 | |
| SC | CHARLESTON | MEDICAL UNIVERSITY OF SOUTH CAROLINA | PU | PR | SC71 | |
| SC | CLEMSON | USAR CENTER, CLEMSON | PU | PR | SC53 | |
| SC | COLUMBIA | RICHLAND MEMORIAL HOSPITAL | PU | PR | SC22 | |
| SC | MANNING | CLARENDON MEMORIAL HOSPITAL | PU | PR | SC09 | |
| SC | VARNVILLE | HAMPTON REGIONAL MEDICAL CENTER | PU | PR | SC62 | |
| SC | WEST COLUMBIA | LEXINGTON MEDICAL CENTER | PU | PR | SC18 | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| SD | BOWDLE | BOWDLE MUNI | PU | PR | 5SD3 | |
| SD | CAMP CROOK | CAMP CROOK MUNI | PU | PR | 8OA5 | |
| SD | ESTELLINE | ESTELLINE MEDICAL CLINIC | PU | PR | SD64 | |
| SD | HARROLD | HARROLD MUNI | PU | PR | SD50 | |
| SD | REDFIELD | COMMUNITY MEMORIAL HOSPITAL | PU | PR | SD45 | |
| SD | ROSEBUD | ROSEBUD COMPREHENSIVE HEALTH CARE FACILITY | PU | PR | 1SD7 | |
| TN | JACKSON | JACKSON-MADISON COUNTY GENERAL HOSPITAL | PU | PR | TN05 | |
| TN | JOHNSON CITY | JOHNSON CITY MEDICAL CENTER | PU | PR | TN91 | |
| TN | LOUDON | LOUDON JUSTICE CENTER | PU | PR | TN32 | |
| TN | NASHVILLE | MC GAVOCK | PU | PR | TN84 | |
| TN | NASHVILLE | TENNESSEE ARMY & AIR NATIONAL GUARD | PU | PR | TN33 | |
| TN | SHELBYVILLE | BEDFORD HOSPITAL | PU | PR | TN15 | |
| TN | SWEETWATER | UNIV OF TENNESSEE LIFESTAR SWEETWATER | PU | PR | 37TN | |
| TN | TELLICO PLAINS | TELLICO PLAINS MUNI | PU | PR | 85TN | |
| TX | AUSTIN | BRACKENRIDGE HOSPITAL | PU | PR | 18TS | |
| TX | AUSTIN | STARFLIGHT FACILITY | PU | PR | TE94 | |
| TX | BROWNFIELD | BROWNFIELD RGNL MEDICAL CENTER | PU | PR | TX63 | |
| TX | CALDWELL | BURLESON COUNTY HOSPITAL | PU | PR | 33TS | |
| TX | CARTHAGE | UT HEALTH EAST TEXAS CARTHAGE HOSPITAL | PU | PR | 0TX3 | |
| TX | COLUMBUS | COLUMBUS COMMUNITY HOSPITAL | PU | PR | TA15 | |
| TX | COMMERCE | HUNT REGIONAL COMMUNITY | PU | PR | 60TS | |
| TX | CONROE | MONTGOMERY CO LAW ENFORCEMENT CNTR | PU | PR | TE41 | |
| TX | CORPUS CHRISTI | CHRISTUS SPOHN HOSPITAL MEMORIAL | PU | PR | 0TE1 | |
| TX | CORPUS CHRISTI | TEXAS DEPT OF PUBLIC SAFETY | PU | PR | 3TX0 | |
| TX | CROWELL | FOARD COUNTY | PU | PR | 2XA0 | |
| TX | DALLAS | DALLAS CITY HALL | PU | PR | TA40 | |
| TX | DALLAS | FIRE DEPARTMENT TRAINING CENTER | PU | PR | 73TS | |
| TX | DALLAS | PARKLAND HEALTH & HOSPITAL SYSTEM | PU | PR | TE43 | |
| TX | DALLAS | POLICE H PORT-REDBIRD | PU | PR | TX53 | |
| TX | DELL CITY | DELL CITY | PU | PR | 4TE5 | |
| TX | DENTON | DENTON RGNL MEDICAL CTR - FLOW CAMPUS | PU | PR | TS58 | |
| TX | FORT WORTH | CITY OF FORT WORTH | PU | PR | TX85 | |
| TX | FORT WORTH | TCJC-NORTHEAST CAMPUS | PU | PR | 00TE | |
| TX | FORT WORTH | TCJC-SOUTH CAMPUS | PU | PR | 9F5 | |
| TX | GALVESTON | U OF TEXAS MEDICAL BRANCH EWING HALL | PU | PR | 9TS7 | |
| TX | GUN BARREL CITY | MEDICAL EMERGENCY GBC | PU | PR | 8TX1 | |
| TX | HOUSTON | HARRIS COUNTY CLAY ROAD COURTHOUSE | PU | PR | TS37 | |
| TX | HOUSTON | HARRIS COUNTY COURTHOUSE | PU | PR | 0TS6 | |
| TX | HOUSTON | HOUSTON POLICE COMMAND STATION | PU | PR | 9TX0 | |
| TX | HOUSTON | JOHNSON SPACE CENTER | PU | PR | 72TX | |
| TX | HOUSTON | NW POLICE STATION NR 5 | PU | PR | 36TE | |
| TX | HOUSTON | PAPA | PU | PR | 42TS | |
| TX | HOUSTON | POLICE HEADQUARTERS | PU | PR | 43TE | |
| TX | HOUSTON | POLICE HELICOPTER PATROL | PU | PR | 24TE | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| TX | HOUSTON | SW POLICE STATION NR 4 | PU | PR | 33TE | |
| TX | HOUSTON | VETERANS AFFAIRS MEDICAL CENTER | PU | PR | 04TE | |
| TX | HUNTSVILLE | HUNTSVILLE MEMORIAL HOSPITAL | PU | PR | TE03 | |
| TX | INGLESIDE | NAVSTA INGLESIDE | PU | PR | TA09 | |
| TX | JERSEY VILLAGE | STATE POLICE | PU | PR | 4TS6 | |
| TX | KENEDY | OTTO KAISER HOSPITAL | PU | PR | 62TE | |
| TX | KERRVILLE | VAMC | PU | PR | 41TE | |
| TX | LUBBOCK | DEPARTMENT OF PUBLIC SAFETY | PU | PR | 6TX0 | |
| TX | LUBBOCK | UNIVERSITY MEDICAL CENTER | PU | PR | TA79 | |
| TX | MISSION | MOORE FIELD | PU | PR | 7TE7 | |
| TX | NORTH RICHLAND HILLS | NRH FIRE DEPARTMENT | PU | PR | TE65 | |
| TX | PASADENA | POLICE | PU | PR | XS37 | |
| TX | PORT ISABEL | U S COAST GUARD STATION | PU | PR | TX57 | |
| TX | REFUGIO | MEMORIAL HOSPITAL | PU | PR | TE46 | |
| TX | RIO VISTA | LOWELL SMITH JR | PU | PR | 3TX6 | |
| TX | RUIDOSA | HOT SPRINGS | PU | PR | 3TE4 | |
| TX | SAN ANTONIO | DEL RIO | PU | PR | XS82 | |
| TX | SAN ANTONIO | DEPARTMENT OF PUBLIC SAFETY | PU | PR | XS84 | |
| TX | SEGUIN | GUADALUPE HOSPITAL | PU | PR | XS98 | |
| TX | SHERMAN | DEPARTMENT OF PUBLIC SAFETY | PU | PR | 8TA2 | |
| TX | SIERRA BLANCA | SIERRA BLANCA | PU | PR | 5TE9 | |
| TX | SILVERTON | SILVERTON MUNI | PU | PR | 79XS | |
| TX | SUDAN | SUDAN | PU | PR | 9XS6 | |
| TX | TENNESSEE COLONY | W J E | PU | PR | TA70 | |
| TX | TEXAS CITY | TDCJ/SOUTHERN RGNL MEDICAL FACILITY | PU | PR | 43XS | |
| TX | UVALDE | UVALDE COUNTY HOSPITAL AUTHORITY | PU | PR | 2XS9 | |
| TX | VERNON | WILBARGER GENERAL HOSPITAL | PU | PR | TS30 | |
| TX | WACO | SHERIFF DEPARTMENT | PU | PR | TA04 | |
| UT | DRAPER | UTAH NATIONAL GUARD HEADQUARTERS | PU | PR | UT05 | |
| UT | FRY CANYON | FRY CANYON FIELD | PU | PR | UT74 | |
| UT | HANKSVILLE | HITE | PU | PR | UT03 | |
| UT | HAPPY CANYON | HAPPY CANYON | PU | PR | UT97 | |
| UT | MEXICAN HAT | A Z MINERALS CORPORATION | PU | PR | 03UT | |
| UT | MOAB | MINERAL CANYON STRIP | PU | PR | UT75 | |
| UT | ROOSEVELT | UINTAH BASIN MEDICAL CENTER | PU | PR | UT61 | |
| UT | SALT LAKE CITY | STATE CAPITOL HELICOPTER LANDING SITE | PU | PR | UT45 | |
| UT | TOOELE | TOOELE VALLEY HOSPITAL | PU | PR | UT71 | |
| VA | APPOMATTOX | STATE POLICE DIVISION THREE | PU | PR | 38VA | |
| VA | BIG STONE GAP | DMME | PU | PR | VA51 | |
| VA | BLUEMONT | BLUEGRASS | PU | PR | 9VA5 | |
| VA | CHESAPEAKE | DIVISION FIVE | PU | PR | 47VA | |
| VA | DUFFIELD | DDA | PU | PR | 5VA8 | |
| VA | FAIRFAX | 7TH DIV STATE POLICE HQTRS | PU | PR | 13VA | |
| VA | FAIRFAX | FAIRFAX COUNTY POLICE | PU | PR | 26VA | |

| State | City | FacilityName | Ownership | Use | LocationID | Classification |
|---|---|---|---|---|---|---|
| VA | FRANKLIN | SOUTHAMPTON MEMORIAL HOSPITAL | PU | PR | 9VA9 | |
| VA | LANGLEY | CIA HEADQUARTERS | PU | PR | 84VA | |
| VA | RICHMOND | MC GUIRE VA MEDICAL CENTER PAD | PU | PR | 0VA6 | |
| VA | RICHMOND | VCU HEALTH SYSTEM-I LOT | PU | PR | 8VA0 | |
| VA | SMITHFIELD | ISLE OF WIGHT VOLUNTEER RESCUE SQUAD | PU | PR | VA90 | |
| VA | SOUTH BOSTON | SOUTH BOSTON MEDICAL | PU | PR | 5VA0 | |
| VA | VIRGINIA BEACH | VIRGINIA BEACH MUNI | PU | PR | 56VA | |
| VA | WALLOPS ISLAND | WALLOPS FLIGHT FACILITY | PU | PR | WAL | |
| VA | WINDSOR | WINDSOR | PU | PR | 79VA | |
| VI | CHARLOTTE AMALIE | ST THOMAS WATERFRONT | PU | PR | VI02 | |
| VI | CHARLOTTE AMALIE ST THOMAS | CHARLOTTE AMALIE HARBOR | PU | PR | VI22 | |
| VI | FREDERIKSTED ST CROIX | DPS | PU | PR | VI01 | |
| VT | BRADFORD | BRADFORD ARMORY | PU | PR | VT08 | |
| VT | VERGENNES | VERGENNES ARMORY | PU | PR | VT28 | |
| VT | WINDSOR | WINDSOR ARMORY | PU | PR | VT37 | |
| WA | BREMERTON | WASHINGTON NATIONAL GUARD - SINCLAIR HGTS | PU | PR | WA65 | |
| WA | COLFAX | LOWER GRANITE DAM | PU | PR | WN43 | |
| WA | EPHRATA | COLUMBIA BASIN HOSPITAL | PU | PR | WN56 | |
| WA | GREENWATER | PCFD NR 26 | PU | PR | 2WA0 | |
| WA | KAHLOTUS | LOWER MONUMENTAL DAM | PU | PR | WN84 | |
| WA | PASCO | ICE HARBOR DAM | PU | PR | WN81 | |
| WA | REPUBLIC | FERRY COUNTY MEMORIAL HOSPITAL | PU | PR | WN82 | |
| WA | RICHLAND | WNP-2 PLANT SUPPORT FACILITY | PU | PR | WN77 | |
| WI | BARABOO | ST CLARE HOSPITAL | PU | PR | WI30 | |
| WI | CORNELL | CORNELL MUNI | PU | PR | 4WI9 | |
| WI | CORNUCOPIA | CORNUCOPIA FIELD | PU | PR | WI23 | |
| WI | LODI | LODI LAKELAND | PU | PR | 9WN5 | |
| WI | MADISON | ARMY GUARD | PU | PR | WI94 | |
| WI | NEKOOSA | CRANMOOR AIRSTRIP | PU | PR | 55WI | |
| WI | WAUWATOSA | MILWAUKEE RGNL MEDICAL CENTER | PU | PR | 2WI3 | |
| WV | CHARLESTON | STATE POLICE | PU | PR | WV07 | |
| WV | MARTINSBURG | VA MEDICAL CENTER | PU | PR | WV05 | |
| WV | NEW MARTINSVILLE | WETZEL COUNTY HOSPITAL | PU | PR | WV20 | |
| WV | PARKERSBURG | WOOD COUNTY | PU | PR | WV73 | |
| WY | BIG PINEY | MARBLETON BIG PINEY CLINIC | PU | PR | WY03 | |
| WY | CODY | WEST PARK HOSPITAL | PU | PR | WY62 | |
| WY | DUBOIS | KINKY CREEK DIVIDE | PU | PR | WY30 | |
| WY | JACKSON | TETON COUNTY SEARCH & RESCUE | PU | PR | 18WY | |
| WY | KEMMERER | SOUTH LINCOLN MEDICAL CENTER | PU | PR | WY67 | |
| WY | RAWLINS | MEMORIAL HOSPITAL | PU | PR | WY68 | |