United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**22-CV-02824-JS-ST**

1) indicated that this case is related to the following case(s):

<u>15</u> CV <u>02246 (JS)(ARL)</u>