

| | | |
|---|---|---|
| U.S. Department of Transportation<br>**Federal Aviation Administration** | Office of Regional Administrator<br>Eastern Region | 1 Aviation Plaza<br>Jamaica, NY 11434-4809 |

March 9, 2022

Mr. Alex Gertzen
Director, Airports and Ground Infrastructure
National Business Aviation Association
1200 G Street NW, Suite 1100
Washington, DC  20005

Dear Mr. Gertzen:

Thank you for the letter and email dated January 27, 2022, from National Business Aviation Association (NBAA), Eastern Region Helicopter Council (ERHC), Helicopter Association International (HAI), and General Aviation Manufacturers Association (GAMA) relating to the issues surrounding the closing and re-opening of East Hampton Airport.

The Federal Aviation Administration (FAA) appreciates receiving NBAA, ERHC, HAI, and GAMA's thoughts and position on legal issues surrounding the Town of East Hampton's plans regarding the airport.  We understand the importance of this issue to your organizations and members.  Concerning the November 6, 2020 letter, we have already informed the Town that the issues related to the statutory obligations are not settled.  Your thoughts on this issue, as well as the other issues you raise, will be helpful to us as we move forward.

While we appreciate your submission, please note that the FAA takes no position on the Town of East Hampton's decision to close the airport nor does it have the authority to prevent the Town of East Hampton from closing the airport.  We have received a request to deactivate the airport, and we have no legal mechanism not to process it.

The FAA is doing all we can to facilitate the safe and efficient activation of the Town's private-use airport into the NAS.  The FAA will certainly remain engaged as this situation evolves.

Sincerely,

MARIE T KENNINGTON-GARDINER             MARIE T KENNINGTON-GARDINER
                                         2022.03.09 11:13:55 -05'00'

Marie Kennington-Gardiner
Regional Administrator

Enclosure