

Andrew D. Barr  
T: +1 720-566-4121  
abarr@cooley.com

Via ECF

May 17, 2022

The Honorable Joanna Seybert  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

**Re:** *Friends of the East Hampton Airport, Inc. et al. v. The Town of East Hampton* **(Case No. 2:15-cv-002246); and** *National Business Aviation Association, Inc. v. The Town of East Hampton* **(Case No. 2:22-cv-02824)**

Dear Judge Seybert:

Thank you for your time today and careful consideration of these important issues. As I mentioned today, the Town of East Hampton (the "Town") contacted the FAA immediately after the state court injunctions were entered and instructed the FAA that the Town is ordered to postpone deactivation of HTO. (See Exhibit A.) The FAA responded to the Town's letter this evening. (See Exhibit B.) I am providing these letters to ensure you have the most up-to-date information from the FAA regarding the consequences of the Plaintiff's requested relief.

Respectfully,

*/s/ Andrew D. Barr/*

Andrew D. Barr