UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE TOWN OF EAST HAMPTON, <br><br> Defendant. | No. 22-2824 (JS) (ST) |

# **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff NATIONAL BUSINESS AVIATION ASSOCIATION, INC. I certify that I am admitted to practice in the Eastern District of New York.

Dated: June 22, 2022
        New York, New York

                                                 Respectfully submitted,

                                                 *s/ David Russell*
                                                 David Russell
                                                 Arnold & Porter Kaye Scholer LLP
                                                 250 West 55th Street
                                                 New York, NY 10019
                                                 (212) 836-7898
                                                 david.russell@arnoldporter.com